1038

JANUARY 7, 1998

No. 97–742. JONES, SECRETARY OF STATE OF CALIFORNIA *v.* BATES ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46. 

JANUARY 9, 1998

No. 97–501. RICCI *v.* VILLAGE OF ARLINGTON HEIGHTS. C. A. 7th Cir. Certiorari granted. Brief of petitioner is to be filed with· the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 23, 1998. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 25, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 10, 1998. This Court's Rule 29.2 does not apply. 

No. 97–704. DOOLEY, PERSONAL REPRESENTATIVE OF THE ES-TATE OF CHUAPOCO, ET AL. *v.* KOREAN AIR LINES CO., LTD. C. A. D. C. Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 23, 1998. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 25, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 10, 1998. This Court's Rule 29.2 does not apply. 

No. 97–731. UNITED STATES *v.* BEGGERLY ET AL. C. A. 5th Cir. Certiorari· granted. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 23, 1998. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 25, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April·10, 1998. This Court's Rule 29.2 does not apply. 